(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

FILED
DISTRICT COURT OF GUAM
AUG -4 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 01-00061 |
| --- | --- | --- |
| Plaintiff, | ) | (CV 04-00017) |
| vs. | ) | NOTICE OF APPEAL |
| REXIELITO J. GLORY, | ) | |
| Defendant. | ) | |

Notice is hereby given that Rexielito J. Glory, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying defendant's motion under 28 U.S.C. § 2255 entered in this action on July 7, 2005.

Dated at Hagåtña, Guam, this 3rd day of August, 2005.

*[signature]*
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

(DOCUMENT\NtcofAppl.RGlory)