GUD NT ENT (8/05)

**DISTRICT COURT OF GUAM**
**4TH Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagatna, Guam 96910**
**671-473-9100**

| | |
|---|---|
| REXILITO J. GLORY, | Case No. 1:01-cr-00061 |
| Petitioner, | Case No. 1:04-cv-00017 |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

# NOTICE OF ENTRY OF ORDER

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the criminal docket of the above-entitled case the following judgment:

> **ORDER, signed on August 8, 2005**
> **Date of Entry: August 11, 2005**

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**

**Date:** August 11, 2005

                                                  Clerk of Court:

                                                  **Mary L.M. Moran**