**DISTRICT COURT OF GUAM**

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Rexielito J. Glory,<br><br>        Defendant. | Case No. 1:01-cr-00061<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order on Motion for Certificate of Appealability, filed August 10, 2005* on the dates indicated below:

*U.S. Attorney's Office*  *Howard Trapp*
*August 16, 2005*  *August 16, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order on Motion for Certificate of Appealability, filed August 10, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 19, 2005  /s/ Leilani R. Toves Hernandez
                                                                                       Deputy Clerk