UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 22 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-16662 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-04-00017-JSU |
| v. | CR-01-00061 |
| | District of Guam |
| REXIELITO J. GLORY, | Agana |
| Defendant - Appellant. | ORDER |

**FILED**
DISTRICT COURT OF GUAM
NOV 28 2005
MARY L.M. MORAN
CLERK OF COURT

Before: LEAVY and PAEZ, Circuit Judges

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

NOV 22 2005

by: _____
Deputy Clerk