united states of America

TO: Mary L. M. Moran
    d.b.a: MARY L. M. MORAN   CLERK OF COURT
    4th Fl., U.S. Courthouse
    520 West Soledad Ave.
    Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM

AUG - 7 2007

JEANNE G. QUINATA
Clerk of Court

RE:   UNITED STATES OF AMERICA v. Rexielito J. Glory,
      UNITED STATES DISTRICT COURT FOR THE TERRITORY OF GUAM
      CASE NO: CR 01-00061

## Letter of Inquiry

Dear Mary L. M. Moran:

    Please provide the following information pursuant to Rexielito
J. Glory, hereafter Aggrieved Party, right to redress of grievance as
stipulated in the Constitution for the united states of America.This
request is further made pursuant to Title 42 U.S.C.A. §1986, §1985,
§1983, and Title 18 U.S.C. §1621 as it applies to Oath of Office of
each Officer of Oath/Affirmation who comes to know of this request.

    Please provide certified copies of the instrument(s) upon which
you rely in UNITED STATES OF AMERICA'S prosecution of Rexielito J.
Glory.

    Please provide certified copies of any contract(s) upon which
you rely of your presumption that Rexielito J. Glory ever waived his
unalienable rights, and agree with FULL DISCLOSURE and KNOWLEDGE that
Rexielito J. Glory ever agreed to be treated as a colorable person
under military rule of DISTRICT OF COLUMBIA'S corporate franchise
UNITED STATES OF AMERICA.

    You are hereby granted (10) days from ___July 30___,2007,
plus three days for mailing to provide the document(s) identified above.

    **NOTICE:** Any response to this inquiry must be sent to Aggrieved
Party exactly as follows:
                Rexielito J. Glory
                c/o# 02179-093
                FCI Lompoc
                3600 Guard Road
                Lompoc, Ca  [93436]

    "Silence can only be equated with FRAUD where there is a legal and
moral duty to speak where an inquiry left unanswered would be intention-
ally misleading. " U.S. v. Tweel, 550 F. 2d 297-300 (1977).

    Your failure to provide the documentation request herein above
shall be prima facie evidence by tacit agreement that no such authority
or documentation exists, and that the UNITED STATES DISTRICT COURT,
FOR THE TERRITORY OF GUAM, Case No: CR 01-00061, is a FRAUD, void ab
intitio, that the ongoing imprisonment of Rexielito J. Glory is without
authority of law, and any and all damages caused Rexielito J. Glory by
the UNITED STATES OF AMERICA'S corporation's fraudulent seizure and
imprisonment of Rexielito J. Glory are due and payable immediately.
Executed this ___Monday___ day of ___July 30___,2007.

                                    _____
                                        -Aggrieved Party

Case 1:01-cr-00061   Document 65   Filed 08/07/2007   Page 1 of 1