

# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
www.gud.uscourts.gov
Telephone: (671) 473-9100; Facsimile: (671) 473-9152

JEANNE G. QUINATA
Clerk of Court

August 14, 2007

Mr. Rexielito J. Glory
c/o # 02179-093
FCI Lompoc
3600 Guard Road
Lompoc, CA 93436

Re: District Court of Guam Criminal Case No. 01-00061
     USA vs. Rexielito J. Glory

Dear Mr. Glory:

    Our Court is in receipt of your Letter of Inquiry, filed with our court on August 7, 2007. However, the request in your letter does not reflect any document in your case file in regards to any contract(s). Attached, is a copy of your docket sheet for your review. Should you have any questions please contact our office or write to the number and address above.

Walter M. Tenorio
Deputy Clerk

Civil/Criminal CM/ECF System
District Court of Guam (Hagatna)
**CRIMINAL DOCKET FOR CASE #: 1:01-cr-00061 All Defendants**

Case title: USA v. Glory                    Date Filed: 06/20/2001

Assigned to: John S. Unpingco

**Defendant**

**Rexielito J. Glory** (1)          represented by **Howard Trapp**
                                                  Howard Trapp Incorporated
                                                  Suite 200, Saylor Building
                                                  139 Chalan Santo Papa
                                                  Hagatna, GU 96910
                                                  671-477-7000
                                                  Fax: 671-477-2040
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Retained*

**Pending Counts**                              **Disposition**

DISTRIBUTION OF                                 Defendant sentenced to 262 months; 5
METHAMPHETAMINE                                 years supervised release; 300 hours
HYDROCHLORIDE                                   community service; all Fines are
(5)                                             waived; $100.00 Special Assessment
                                                Fee

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                           **Disposition**

CONSPIRACY TO IMPORT
METHAMPHETAMINE
HYDROCHLORIDE                                   Dismissed
(1-3)

IMPORTATION OF
METHAMPHETAMINE
HYDROCHLORIDE                                   Dismissed
(4)

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

**Plaintiff**

USA                                          represented by   **Karon Johnson**
                                                              Office of the U.S. Attorney
                                                              Suite 500, Sirena Plaza
                                                              108 Hernan Cortez Avenue
                                                              Hagatna, GU 96910
                                                              671-472-7332
                                                              Fax: 671-472-7334
                                                              Email: karon.johnson@usdoj.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2007 | 65 | Letter of Inquiry filed by Rexielito J. Glory. (wmt, ) (Entered: 08/09/2007) |
| 11/30/2005 | 64 | Certificate of Service as to Rexielito J. Glory re 63 USCA Order (lth, ) (Entered: 11/30/2005) |
| 11/28/2005 | 63 | Order of USCA (certified copy) as to Rexielito J. Glory re 55 Notice of Appeal - Final Judgment. Request for a certificate of appealability is denied. See 28 U.S.C. Sec. 2253(c)(2). (rsn, ) (Entered: 11/29/2005) |
| 08/19/2005 | 62 | Certificate of Service as to Rexielito J. Glory re 57 Order on Motion for Certificate of Appealability (lth, ) (Entered: 08/19/2005) |
| 08/19/2005 | 61 | Certificate of Service as to Rexielito J. Glory re 59 Amended Notice of Entry (lth, ) (Entered: 08/19/2005) |
| 08/18/2005 | 60 | Certificate of Service as to Rexielito J. Glory re 58 Notice of Entry (lth, ) (Entered: 08/18/2005) |
| 08/12/2005 | 59 | Amended Notice of Entry re 57 Order on Motion for Certificate of Appealability (lth, ) (Entered: 08/12/2005) |
| 08/11/2005 | 58 | Notice of Entry re 57 Order on Motion for Certificate of Appealability, 56 Motion for Certificate of Appealability (lth, ) (Entered: 08/11/2005) |
| 08/10/2005 | 57 | Order denying 56 Motion for Certificate of Appealability as to Rexielito J. Glory (1). Signed by Judge Robert M. Takasugi on 8/8/2005. (lth, ) (Entered: 08/11/2005) |
| 08/04/2005 | 56 | Motion for Certificate of Appealability by Rexielito J. Glory. (lth, ) (Entered: 08/04/2005) |
| 08/04/2005 | 55 | Notice of Appeal filed by Rexielito J. Glory re [54] Order, Filing fee $ |

| | | |
|---|---|---|
| | | 255, receipt number 0026864. (lth, ) (Entered: 08/04/2005) |
| 07/07/2005 | 54 | ORDER re Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 USC 2255. After considering all the submissions, the Court DENIES Glory's motion in its entirety; [MBA EOD 07/07/2005] (ORIGINAL GCMS ENTRY 54-1) (cnv) (Entered: 07/07/2005) |
| 04/27/2005 | 53 | REQUEST for Leave of Court to Supplement/Amend His Pending 2255 Motion for Post-Conviction Relief, Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and the Federal Rules of Appellate Procedure, Rule 28(j); [MBA EOD 04/27/2005] (ORIGINAL GCMS ENTRY 53-1) (cnv) (Entered: 04/27/2005) |
| 08/13/2004 | 52 | DEFENDANT'S Reply to Plaintiff's Answer; [MBA EOD 08/13/2004] (ORIGINAL GCMS ENTRY 52-1) (cnv) (Entered: 08/13/2004) |
| 07/01/2004 | 51 | STIPULATION & Ord to ext Dft's reply to Govt resp - Dft's reply to Govt resp due NLT 09/01/04; [AKA EOD 07/01/2004] (ORIGINAL GCMS ENTRY 51-1) (cnv) (Entered: 07/01/2004) |
| 05/19/2004 | 50 | STIPULATION & Ord - Deft's reply to t/Govt's response is due on or before 07/06/04; [MBA EOD 05/19/2004] (ORIGINAL GCMS ENTRY 50-1) (cnv) (Entered: 05/19/2004) |
| 05/03/2004 | 49 | UNITED States' Response to Deft's Mtn for 2255 Relief; [MBA EOD 05/03/2004] (ORIGINAL GCMS ENTRY 49-1) (cnv) (Entered: 05/03/2004) |
| 04/05/2004 | 48 | ORDER re 2255 Mtn. Govt shall have until 05/05/04, in which to file a response to t/mtn. If a response is rec'd, petitioner shall have 30 days from receipt of t/Govt's response to file a reply. If t/Crt finds that a hrg is necessary on petitioner's mtn, a hrg date shall be set at a later date; [MBA EOD 04/05/2004] (ORIGINAL GCMS ENTRY 48-1) (cnv) (Entered: 04/05/2004) |
| 03/29/2004 | 47 | MEMORANDUM in Support of Motion Under 28 USC 2255; [MBA EOD 03/29/2004] (ORIGINAL GCMS ENTRY 47-1) (cnv) (Entered: 03/29/2004) |
| 03/29/2004 | 46 | MOTION Under 28 USC 2255 to Vacate, Set Aside, or Correct Sent by a Person in Federal Custody; [MBA EOD 03/29/2004] (ORIGINAL GCMS ENTRY 46-1) (cnv) (Entered: 03/29/2004) |
| 02/20/2004 | 45 | REQUEST for PSR; [MBA EOD 02/20/2004] (ORIGINAL GCMS ENTRY 45-1) (cnv) (Entered: 02/20/2004) |
| 02/19/2004 | 44 | DECLARATION of Svcs; [MBA EOD 02/19/2004] (ORIGINAL GCMS ENTRY 44-1) (cnv) (Entered: 02/19/2004) |
| 02/17/2004 | 43 | SUBSTITUTION of Attys - Howard Trapp, Inc., hereby subs as retained atty in place of Federal Public Defender; [MBA EOD 02/17/2004] (ORIGINAL GCMS ENTRY 43-1) (cnv) (Entered: 02/17/2004) |
| | | |

| Date | # | Description |
|---|---|---|
| 02/18/2003 | 42 | MANDATE fm 9th Cir Crt - AFFIRMED; [MBA EOD 02/19/2003] (ORIGINAL GCMS ENTRY 42-1) (cnv) (Entered: 02/18/2003) |
| 11/18/2002 | 41 | CLERK'S Certificate of Transmittal to 9th Cir Crt; [MBA EOD 11/18/2002] (ORIGINAL GCMS ENTRY 41-1) (cnv) (Entered: 11/18/2002) |
| 07/16/2002 | 40 | JUDGMENT fm 9th Cir Crt - Appl, CA #02-10239 is DISMISSED; [MBA EOD 07/16/2002] (ORIGINAL GCMS ENTRY 40-1) (cnv) (Entered: 07/16/2002) |
| 06/17/2002 | 39 | ORDER fm 9th Cir Crt - T/Crt dismisses this appeal as unnecessary or moot because t/appeal in No. 01-10032 was timely filed; [MBA EOD 06/17/2002] (ORIGINAL GCMS ENTRY 39-1) (cnv) (Entered: 06/17/2002) |
| 06/13/2002 | 38 | REPORTER'S Transcript(s) of t/fol: (orig + 1 cpy) 1. Initial Appearance & Arraignment, dtd Mon., 06/25/01 and Mon., 07/02/01 2. Chg of Plea, dtd Wed., 08/15/01 3. Sent Hrg, dtd Wed., 12/12/01; [MBA EOD 06/13/2002] (ORIGINAL GCMS ENTRY 38-1) (cnv) (Entered: 06/13/2002) |
| 06/07/2002 | 37 | TRANSCRIPT Ord; [MBA EOD 06/07/2002] (ORIGINAL GCMS ENTRY 37-1) (cnv) (Entered: 06/07/2002) |
| 06/03/2002 | 36 | EX PARTE MOTION Regarding Transcript Order; Certificate of Service; Filed by: DFT Glory, Rexielito J. Applies to: DFT Glory, Rexielito J. [PTC EOD 06/03/2002] (ORIGINAL GCMS ENTRY 36-1) (cnv) (Entered: 06/03/2002) |
| 05/30/2002 | 35 | PETITION to Refund Overpayment of Special Assessment Fee; Order. So Ordered.; Filed by: GOVPTF U.S.A. Applies to: DFT Glory, Rexielito J. [PTC EOD 05/30/2002] (ORIGINAL GCMS ENTRY 35-1) (cnv) (Entered: 05/30/2002) |
| 05/24/2002 | 34 | ORDER re remand for limited purpose from 9th Circuit Court. T/rem to t/district court is terminated & appeal may proceed. T/OSC as to cnsl Torres is discharged. Cnsl Torres is adminished for his failure to respond to previous court orders. Future failure to file a timely response to this court's ord may result in the imposition of sanctions on cnsl Torres; [MBA EOD 05/24/2002] (ORIGINAL GCMS ENTRY 34-1) (cnv) (Entered: 05/24/2002) |
| 05/23/2002 | 33 | TRANSCRIPT Ord - No transcript ord; [MBA EOD 05/23/2002] (ORIGINAL GCMS ENTRY 33-1) (cnv) (Entered: 05/23/2002) |
| 05/16/2002 | 32 | ORDER re 9th Cir Crt order remanding case back to District Court for t/limited purpose of permitting t/Crt to provide t/deft with notice and opportunity to request that the time for filing t/Notice of Appeal be extended for a period not to exceed forty days from t/entry of appealable judgt or ord. Accordingly, t/Crt HEREBY VACATES its 04/09/02 Ord which had concluded that t/deft's time to request an extension of time to file his Notice of Appeal had expired and ACCEPTS t/deft's 01/02/02 |

| | | |
|---|---|---|
| | | Notice of Appeal as timely filed; [MBA EOD 05/16/2002] (ORIGINAL GCMS ENTRY 32-1) (cnv) (Entered: 05/16/2002) |
| 05/02/2002 | 31 | ORDER for Time Schedule - Appl to 9th Cir Crt (cpy); [MBA EOD 05/02/2002] (ORIGINAL GCMS ENTRY 31-1) (cnv) (Entered: 05/02/2002) |
| 05/01/2002 | 30 | NOTICE of Appl; [MBA EOD 05/02/2002] (ORIGINAL GCMS ENTRY 30-1) (cnv) (Entered: 05/01/2002) |
| 04/29/2002 | 29 | ORDER - Federal Public Defender apptd to rep t/deft nunc pro tunc to 04/25/02 (Note: Cs appealed to 9th Cir Crt); [MBA EOD 04/30/2002] (ORIGINAL GCMS ENTRY 29-1) (cnv) (Entered: 04/29/2002) |
| 04/25/2002 | 28 | ORDER fm 9th Cir Crt. Case remanded for limited purpose. 9th Cir Crt relieved Cynthia Ecube & Philip Torres as appellant's cnsl of rec. New cnsl will be apptd by separate ord. T/District Crt shall provide this Crt with t/name & address of apptd cnsl within 14 days of locating cnsl. Deputy Clerk is requested to provide cpy of this ord to new cnsl. Within 45 days of t/filing date of this ord, new cnsl shall: (1) file a mtn for reconsideration of t/district crt's 04/02/02 ord & assist appellant in the remand proceedings mentioned; or (2) submit a written statement to the district crt and to this crt explaing why a mtn for reconsideration should not be filed. Within 14 days of t/filing date of this ord, Cynthia Ecube & Philip Torres shall show cause in writing why this Crt should not impose on cnsl Ecube & Torress monetary sanctions not less than $500.00 each & deem both cnsl ineligible to receive appellate appointments under t/CJA. Failure to file a timely response or to provide an adequate explanation may result in t/imposition of sactions w/o further notice. The proceedings in this Crt are held in abeyance pending t/district crt's determination; [MBA EOD 04/29/2002] (ORIGINAL GCMS ENTRY 28-1) (cnv) (Entered: 04/25/2002) |
| 04/09/2002 | 27 | ORDER - On 12/19/01, t/Crt entered Judgt. Deft fld Notice of Appeal. Notice of Appeal was fld pro se. Because Notice of Appeal was fld more than ten days, but within 40 days, after entry of Judgt, t/9th Cir ord case remanded to t/Crt, for t/limited purpose of permitting t/Crt to provide t/deft not and an opportunity to reqt that the time for filing t/Notice of Appeal be extended for a period not to exceed forty days from the entry of appealable judgt or ord, based on a showing of excusable neglect. T/rec reflect Cynthia Ecube was apptd and that Phillip Torres was retained, as co-cnsl for t/deft. Even though deft fld Notice of Appeal pro se, attys Ecube & Torres remained responsible for rep t/deft on appeal. 9th Cir instructed attys Ecube & Torres to cont rep t/deft on appeal until relieved. 9th Cir then instructed cnsl if they wish to withdraw they must, "within 21 days, file a mtn in this crt accompanied by a statement of reasons & including: (1) a substitution of cnsl showing that new cnsl has been retained; (2) an affdvt or signed statement from t/deft stating that the deft consents to appointd cnsl being relieved and requesting appointment of substitute cnsl; or (3) mtn by t/deft to proceed pro se; (4) an affdvt or signed statement from t/deft showing that t/deft has been advised of t/deft's rights w/regard to t/appeal and expressingly stating that |

| | | |
|---|---|---|
| | | t/deft wishes to dism t/appeal voluntarily. There is no indication that either atty Ecube or atty Torres moved t/9th Cir for permission to withdraw in any of these forms within 21 days after t/9th Cir's 02/15/02 Ord or 03/09/02. T/deft is HEREBY NOTIFIED that t/time within which to file his Notice of Appeal has EXPIRED and that therefore, he is no longer allowed to file his Notice of Appeal, nor request an extension of time to file his Notice of Appeal, in this Crt; [MBA EOD 04/09/2002] (ORIGINAL GCMS ENTRY 27-1) (cnv) (Entered: 04/09/2002) |
| 03/26/2002 | 26 | AFFIDAVIT of Cynthia Ecube; [MBA EOD 03/26/2002] (ORIGINAL GCMS ENTRY 26-1) (cnv) (Entered: 03/26/2002) |
| 03/26/2002 | 25 | MOTION to Withdraw as Crt Appointed Memo of Pts & Auths; [MBA EOD 03/26/2002] (ORIGINAL GCMS ENTRY 25-1) (cnv) (Entered: 03/26/2002) |
| 02/26/2002 | 24 | ORDER re 9th Cir Crt's Ord dtd 02/15/02 rem cs to this Crt, for t/limited purpose of permitting t/Crt to provide t/deft ntc and an opportunity to reqt that t/time for flg t/Ntc of Appl be extended for a period not to exceed forty days from t/entry of appealable judgt or ord, based on a showing of excusable neglect. 9th Cir's ord was fld 02/15/02 & was fld with this Crt on 02/21/02. These dates are 58 & 65 days, respectively, past t/date of t/entry of appealable judgt & ord. In ord that t/deft not be prejudiced by admin & corres delays, t/Crt HEREBY contrues t/flg period tolled from 02/02/02 to t/date of this ord. Thus, there remain 26 days from t/date of this ord, for t/deft to move t/Crt for permission to file his appl. Accordingly, t/deft is HEREBY NOTIFED that he may move t/Crt for permission to file his appl based on a showing of excusable neglect within 26 days of this ord. T/rec reflects that Cynthia V. Ecube & Philip Torres have been retained as co-cnsl for t/deft. It also appears that cnsl have not been granted leave to withdraw by this Crt nor by t/Crt of Appls. Cnsl Ecube & Torres remain responsible for rep t/deft; [MBA EOD 02/26/2002] (ORIGINAL GCMS ENTRY 24-1) (cnv) (Entered: 02/26/2002) |
| 02/21/2002 | 23 | ORDER from 9th Cir Ct - Cs REMANDED for limited purpose of permitting t/District Crt to provide appellant ntc & an opportunity to reqt that t/time for filing t/ntc of appl be extended for a period not to exceed 40 days from t/entry of t/appealable judgt or ord based on a showing of excusable neglect; [MBA EOD 02/22/2002] (ORIGINAL GCMS ENTRY 23-1) (cnv) (Entered: 02/21/2002) |
| 01/02/2002 | 22 | NOTICE of Appl to 9th Cir Crt; [MBA EOD 01/03/2002] (ORIGINAL GCMS ENTRY 22-1) (cnv) (Entered: 01/02/2002) |
| 12/19/2001 | 21 | JUDGMENT in a Cr Cs; [MBA EOD 12/19/2001] (ORIGINAL GCMS ENTRY 21-1) (cnv) (Entered: 12/19/2001) |
| 12/12/2001 | 20 | MINUTE ENTRY - Sentencing - Deft sent to 262 mos. impris; 60 mos. suprvd rel; 300 hrs. community svcs; fine waived. Cts 1, 2, 3, & 4 dismd. Deft rem to cust of USMS for immediate incarceration; [MBA EOD 12/13/2001] (ORIGINAL GCMS ENTRY 20-1) (cnv) (Entered: |

| | | |
|---|---|---|
| | | 12/12/2001) |
| 12/11/2001 | 19 | DEFENDANT Rexlieto J. Glory's Statement of Position Re t/Final PSR; [MBA EOD 12/11/2001] (ORIGINAL GCMS ENTRY 19-1) (cnv) (Entered: 12/11/2001) |
| 11/21/2001 | 18 | ORDER - 11/29/01 hrg mvd to 12/12/01 - 9:30 a.m; [WMT EOD 11/21/2001] (ORIGINAL GCMS ENTRY 18-1) (cnv) (Entered: 11/21/2001) |
| 11/09/2001 | 17 | Defendant Rexielito J. Glory's statement of pos re t/draft PSR; [PTC EOD 11/15/2001] (ORIGINAL GCMS ENTRY 17-1) (cnv) (Entered: 11/09/2001) |
| 11/01/2001 | 16 | GOVERNMENT'S Statement Adopting Findings of PSR; [MBA EOD 11/01/2001] (ORIGINAL GCMS ENTRY 16-1) (cnv) (Entered: 11/01/2001) |
| 08/29/2001 | 15 | ORDER of Detention Pending Trial; [MBA EOD 08/30/2001] (ORIGINAL GCMS ENTRY 15-1) (cnv) (Entered: 08/29/2001) |
| 08/24/2001 | 14 | MOTION and order to Unseal Record; Filed by: GOVPTF U.S.A. [PTC EOD 08/24/2001] (ORIGINAL GCMS ENTRY 14-1) (cnv) (Entered: 08/24/2001) |
| 08/15/2001 | 13 | ABSTRACT of Ord for USPO; [MBA EOD 08/15/2001] (ORIGINAL GCMS ENTRY 13-1) (cnv) (Entered: 08/15/2001) |
| 08/15/2001 | 12 | MINUTE ENTRY - Change of Plea - Deft enters plea of Guilty. Sent set for 11/29/01 - 2:30 p.m. PSR due 10/25/01. Cs to be unsealed. Deft rem to cust of USMS; [MBA EOD 08/15/2001] (ORIGINAL GCMS ENTRY 12-1) (cnv) (Entered: 08/15/2001) |
| 08/13/2001 | 11 | PLEA Agreement ; [LRH EOD 08/13/2001] (ORIGINAL GCMS ENTRY 11-1) (cnv) (Entered: 08/13/2001) |
| 08/03/2001 | 10 | ENTRY Of Appearance - Phillip Torres enters as co-cnsl; [LRH EOD 08/06/2001] (ORIGINAL GCMS ENTRY 10-1) (cnv) (Entered: 08/03/2001) |
| 07/16/2001 | 9 | RETURN of W/A - Exec 06/22/01; [MBA EOD 07/16/2001] (ORIGINAL GCMS ENTRY 9-1) (cnv) (Entered: 07/16/2001) |
| 07/02/2001 | 8 | ORDER - Trial set for 08/23/01 - 9:30 a.m. P/T mtns due NLT 07/16/01 & hrd 08/06/01 - 1:30 p.m. Trial docs due NLT 08/16/01; [MBA EOD 07/03/2001] (ORIGINAL GCMS ENTRY 8-1) (cnv) (Entered: 07/02/2001) |
| 07/02/2001 | 7 | MINUTE ENTRY - Arraignment - Deft enters plea of Not Guilty. Trial set for 08/23/01 - 9:30 a.m. Deft reman to cust of USMS; [MBA EOD 07/03/2001] (ORIGINAL GCMS ENTRY 7-1) (cnv) (Entered: 07/02/2001) |
| 06/27/2001 | 6 | EX PARTE MOTION for Appt of Non-Legal Assistance Purs to 18 U.S.C 3006(e) & Ord of an Interp; [LRH EOD 06/27/2001] (ORIGINAL |

| | | |
|---|---|---|
| | | GCMS ENTRY 6-1) (cnv) (Entered: 06/27/2001) |
| 06/25/2001 | 5 | MINUTE ENTRY - Initial Appearance - Arraignment set for 06/29/01 - 10:00 a.m. Deft reman to cust of USMS; [MBA EOD 06/25/2001] (ORIGINAL GCMS ENTRY 5-1) (cnv) (Entered: 06/25/2001) |
| 06/25/2001 | 4 | ORDER - Cynthia V. Ecube apptd to rep Deft; [MBA EOD 06/25/2001] (ORIGINAL GCMS ENTRY 4-1) (cnv) (Entered: 06/25/2001) |
| 06/25/2001 | 3 | FINANCIAL Affdvt; [MBA EOD 06/25/2001] (ORIGINAL GCMS ENTRY 3-1) (cnv) (Entered: 06/25/2001) |
| 06/21/2001 | 2 | APPLICATION & Ord to Seal Rec; [LRH EOD 06/21/2001] (ORIGINAL GCMS ENTRY 2-1) (cnv) (Entered: 06/21/2001) |
| 06/20/2001 | 1 | INDICTMENT - W/A issd; [MBA EOD 06/20/2001] (ORIGINAL GCMS ENTRY 1-1) (cnv) (Entered: 06/20/2001) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/14/2007 09:24:40 | | | |
| PACER Login: | us7915 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:01-cr-00061 |
| Billable Pages: | 5 | Cost: | 0.40 |