# NOTICE OF DISHONOR

TO: Walter M. Tenorio
d.b.a. WALTER M. TENORIO, DEPUTY CLERK
DISTRICT COURT OF GUAM
4TH FLOOR, U.S. COURTHOUSE, 520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

Date: Se **FILED**
DISTRICT COURT OF GUAM

OCT 17 2007

JEANNE G. QUINATA
Clerk of Court

RE: "NON NEGOTIABLE NOTICE OF ACCEPTANCE, DATED: August 24, 2007"

PLEASE TAKE NOTICE that you are in Dishonor for failure to respond to the NON NEGOTIABLE NOTICE OF ACCEPTANCE, DATED: August 24, 2007 concerning "CASE No. 01-CR-00061".

I intend to look to you for payment or performance.

Ten (10) days are provided for your response to this NOTICE.

I request you Notify all parties.

Very truly yours,

[signature]

#02179 093
F.C.I. LOMPOC
3600 GUARD ROAD
LOMPOC, CA. 93436

RECEIVED
OCT 17 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

See Attached page:

This **NOTICE** was delayed until October 11, 2007