# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 01-00061 |
| Plaintiff, | |
| vs. | |
| REXIELITO J. GLORY, | **ORDER** |
| Defendant. | |

This matter comes before the court pursuant to correspondence from Defendant Rexielito J. Glory, who has requested, *inter alia*, to be released from confinement. Upon review and consideration of Defendant's submissions, the court hereby **DENIES** his request for release.

This court has previously denied Defendant's request for release on December 21, 2007. (Docket No. 68.) He then began submitting "notices," again requesting his release from confinement.[1] As previously stated in its Order of December 21, 2007, the record in this case reveals such relief is not available to Defendant.

Furthermore, unless and until a Certificate of Appealability has been filed in the instant case, *see* 28 U.S.C. § 2244(b), the Clerk of Court shall not accept for filing any future correspondence from Defendant absent further order of the court. All unauthorized filings shall be returned to Defendant via certified mail.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
**Dated: Feb 25, 2008**

---

[1] Attached hereto are Defendant's most recent submissions, a "Notice and Explicit Reservation of All Rights" dated January 28, 2008, and a "Notice of Dishonor" dated February 4, 2008.

# NOTICE OF AND EXPLICIT RESERVATION OF ALL RIGHTS

Date: January 28, 2008

TO: Frances M. Tydigco-Gatewood

d.b.a.FRANCES M. TYDIGCO-GATEWOOD, CHIEF JUDGE

DISTRICT COURT OF GUAM

4TH FLOOR, U.S. COURTHOUSE

520 WEST SOLEDAD AVENUE

HAGATNA, GUAM 96910



FEB - 5 2008

CHIEF JUDGE CHAMBERS
DISTRICT COURT OF GUAM

RE:"EXPLICIT RESERVATION OF ALL RIGHTS WITHOUT PREJUDICE"

PLEASE TAKE NOTICE that I, Rexielito J. Glory ,sentient moral being,reserve the right not to be compelled to perform under any contract or commercial agreement that I did not enter Knowingly,Willingly,Voluntarily,Intentionally and Intelligently. Furthermore, I do not accept the compelled benefit of any unrevealed contract or commercial agreement.

I repent of my dept(s).

In my lifetime I have made mistakes, as sepcific mistakes be made awear to me I will repent of them.

How may we settle this in the Private.

I request the account(s) be closed.

I request the order of the court.

I will not argue the Facts.

Page 1 of 2

I request the court issue me an appearance bond so that I may enter a plea.

I request all Public Charges be (set-off) Discharged and adjusted by the Exemption in accordance with Public Policy (U C C 3-419; Public Law 73-10 and House Joint Resolution 192 of June 5, 1933).

I request to be released.

You have ten(10) days to respond to me.

DISHONOR will result if you fail to respond.

I request you Notify all parties.

Very truly yours,

[signature]

c/o# 02179093

F.C.I. LOMPOC
3600 GUARD ROAD
LOMPOC, CA (93436)

ACCEPTED FOR VALUE, Jahova, Jehovah

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| REXIELITO J. GLORY,<br><br>    Petitioner,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Criminal Case No. 01-00061<br>Civil Case No. 04-00017<br><br>**ORDER** |

This matter comes before the court pursuant to correspondence from Petitioner Rexielito J. Glory, who has requested, *inter alia*, to be released from confinement. The court will construe his collective letters as a motion for release. Upon review and consideration of Petitioner's submissions, the court hereby **DENIES** his request.

## I.    BACKGROUND

Upon entry of a guilty plea to one count of Distribution of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, Petitioner was sentenced to two hundred sixty-two (262) months imprisonment on December 12, 2001. Judgment of conviction was entered on the docket on December 19, 2001. *See* Docket No. 21. Petitioner appealed to the Ninth Circuit, and his conviction was affirmed. *United States v. Rexielito J. Glory*, No. 02-10032 (9th Cir. Jan. 17, 2003). He filed a Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255, requesting the court vacate his sentence. *See* Docket Nos. 46 and 53. The motion was denied on July 7, 2005. *See* Docket No. 54. Petitioner then filed a Motion

//

"ACCEPTED FOR VALUE, January 28, 2008

[signature]

for Certificate of Appealability, which was denied on August 10, 2005. *See* Docket No. 57. He unsuccessfully appealed the denial to the Ninth Circuit. *See* Docket No. 63.

II. PETITIONER'S SUBMISSIONS

After being denied relief by the Ninth Circuit, Petitioner began corresponding with the Office of the Clerk of Court of the District Court of Guam. He submitted a "Letter of Inquiry" dated July 30, 2007, which requested, *inter alia*, information regarding his "right to redress of grievance as stipulated in the Constitution for the united states [sic] of America" which was "made pursuant to title 42 U.S.C.A. §1986, §1985, 1983, and Title 18 U.S.C. § 1621." *See* Docket No. 65. Specifically, Petitioner requested "certified copies of the instrument(s) upon which you rely" in his prosecution, and "certified copies of any contract(s) upon which you rely of your presumption" that he "ever waived his unalienable rights." *See* Docket No. 65. Petitioner was provided with a copy of the docket sheet in his case.

Petitioner then sent four "notices" to the Clerk's Office; two dated August 24, 2007, and two dated September 3, 2007. These documents include Petitioner's specific request to be released, but predominantly consist of unintelligible statements.[1]

The court will treat Petitioner's collective submissions as a motion seeking release. Based on the record before the court, release is not available to Petitioner. His motion pursuant to 28 U.S.C. § 2255 was denied, as this court rejected his claims that his sentence was unlawful and his attorneys were ineffective. *See* Docket No. 54. His request for a Certificate of Appealability was also denied, as this court concluded that he had not substantially demonstrated the denial of his constitutional rights. *See* Docket No. 57. The Ninth Circuit summarily rejected his appeal from this denial of a certificate of appealability. *See* Docket No. 63.

Based on the record before the court, the requested relief is not available to Petitioner. Accordingly, Petitioner's request for release is hereby **DENIED.**

**SO ORDERED.**



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Dec 21, 2007

---

[1] For example, Petitioner states: "I request that all Public Charges be (set-off) discharged and adjusted by the Exemption in accordance with Public Policy (UCC 4-419; Public Law 73-10 and House Joint Resolution (HJR) 192 of June 5, 1922)." He also states: "I request the court to issue me an appearance bond so that I may enter a plea. I will not argue the Facts."

2

ACCEPTED FOR VALUE, January 28, 2008

# NOTICE OF DISHONOR

Date: February 4, 2008

TO: Frances M. Tydigco-Gatewood
d.b.a. FRANCES M. TYDIGCO-GATEWOOD, CHIEF JUDGE
DISTRICT COURT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGATNA, GUAM 96910



FEB 1 1 2008



CHIEF JUDGE'S CHAMBERS
DISTRICT COURT OF GUAM

RE: "NON NEGOTIABLE NOTICE OF ACCEPTANCE, Dated: January 28, 2008"

**PLEASE TAKE NOTICE** that you are in **DISHONOR** for failure to respond to the NON NEGOTIABLE NOTICE OF ACCEPTANCE, Dated: January 28, 2008 concerning "DISTRICT COURT OF GUAM, TERRITORY OF GUAM; CRIMINAL CASE NO. 01-00061; CIVIL CASE NO. 04-00017".

I intend to look to you for payment or performance.
Ten (10) days are provided for your response to this **NOTICE.**
I request you Notify all parties.

Very truly yours,

Rexielito J. Glory
c/o # 02179093
F.C.I. LOMPOC
3600 GUARD ROAD
LOMPOC, CA [93436]

# NON NEGOTIABLE NOTICE OF ACCEPTANCE

Date: January 28, 2008

TO: Frances M. Tydigco-Gatewood
d.b.a. FRANCES M. TYDIGCO-GATEWOOD, CHIEF JUGDE
    DISTRICT COURT OF GUAM
    4TH FLOOR, U.S. COURTHOUSE
    520 WEST SOLEDAD AVENUE
    HAGATNA, GUAM 96910

RE: "DISTRICT COURT OF GUAM, TERRITORY OF GUAM; CRIMINAL CASE NO. 01-00061; CIVIL CASE NO. 04-00017; ORDER"

**PLEASE TAKE NOTICE** that I, Rexielito J. Glory, sentient moral being fully **ACCEPT FOR VALUE** your offer "DISTRICT COURT OF GUAM, TERRITORY OF GUAM; CRIMINAL CASE NO. 01-00061; CIVIL CASE NO. 04-00017; ORDER" and **RETURN FOR VALUE** this offer herein attached to you. I indicate my **ACCEPTANCE** by my signature and date.

I request the account(s) be closed.

I request the order of the court.

Page 1 of 2

Case 1:01-cr-00061   Document 69   Filed 02/25/2008   Page 9 of 10

I request all Public Charges be (set-off) Discharged and adjusted by the Exemption in accordance with Public policy (U C C 3-419 ; Public Law 73-10 and House Joint Resolution 192 of June 5,1933 ).

You have three (3) days to respond to me.

DISHONOR will result if you fail to respond.

I request you Notify all parties.

                                        Very truly yours,

                                        [signature]

c/o# 02179093

F.C.I. LOMPOC

3600 GUARD ROAD

LOMPOC, CA (93436)

Page 2 of 2

Case 1:01-cr-00061     Document 69     Filed 02/25/2008     Page 10 of 10